IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GODFREY ILONZO,<br>PETITIONER / DEFENDANT<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>RESPONDENT | CRIMINAL ACTION NO.<br><br>1:12-CR-276-SCJ-1<br><br>CIVIL ACTION NO.<br><br>1:18-CV-2986-SCJ-JKL |

### ORDER

This matter is before the Court for consideration of the Government's motion for an extension of time to respond to Defendant's motion to vacate his sentence. The Government's motion is granted. The Government's response shall be due 30 days after the plea transcript is filed on the Court's docket.

So ordered this 26th day of November, 2018.

_____
JOHN K. LARKINS III
UNITED STATES MAGISTRATE JUDGE

Prepared by
Laurel R. Boatright, Assistant United States Attorney

6