FEDERAL CORRECTIONAL INSTITUTION
P O BOX 420
FAIRTON, NJ 08320
11,December,2018

Clerk of Court
UNITED STATES DISTRICT COURT
Northern District of Georgia
U.S Courthouse,Suite 2211
75 Ted Turner Dr,SW
Atlanta,Ga 30303-3361.

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
DEC 18 2018
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

REF: 1) NOTICE of change of Address.
     2) Status of answer to 2255 motion.

Dear Clerk of Court,

I write to inform your office that I have been transfered to a different facility,and the address is as follows;
FEDERAL CORRECTIONAL INSTITUTION
P O BOX 420
FAIRTON,NJ 08320
I also write to ascertain the status of the court ordered government response to my filed 2255 due 11/25/18.

Sincerely,
Godfrey Ilonzo
Godfrey Ilonzo#63976-019