FEDERAL CORRECTIONAL INSTITUTION
P O BOX 420
FAIRTON, NJ 08320
11,December,2018

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

DEC 21 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Clerk of Court
UNITED STATES DISTRICT COURT
Northern District of Georgia
U.S Courthouse, Suite 2211
75 Ted Turner Dr, SW
Atlanta, Ga 30303-3361.

REF: 1) NOTICE of change of Address.
2) Status of answer to 2255 motion.

Dear Clerk of Court,

I write to inform your office that I have been transferred to a different facility, and the address is as follows;

FEDERAL CORRECTIONAL INSTITUTION
P O BOX 420
FAIRTON, NJ 08320

I also write to ascertain the status of the court ordered government response to my filed 2255 due 11/25/18.
Sincerely,
Godfrey Ilonzo
Godfrey Ilonzo #63976-019